IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BONNIE RIEHL,

    Plaintiff,

vs.                         Case No. 3:17cv386

SECRETARY OF THE AIR FORCE,      JUDGE WALTER H. RICE

    Defendant.

---

ENTRY OF VOLUNTARY DISMISSAL, WITH
PREJUDICE; TERMINATION ENTRY

---

Pursuant to the discussions in open Court and upon the record, said proceedings held December 12, 2018, the Plaintiff, having expressed her wish to voluntarily dismiss the captioned cause, with prejudice, the captioned cause is dismissed, with prejudice to a new action.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

December 20, 2018                              WALTER H. RICE
                                                UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record